**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Orin JACKSON, Defendant–Appellant.**

**No. 13–12890
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 13, 2014.

Christopher J. Huber, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Nicole Kaplan, Stephanie A. Kearns, Federal Defender Program, Inc., Atlanta, GA, for Defendant–Appellant.

Before WILSON, ANDERSON, and EDMONDSON, Circuit Judges.

PER CURIAM:

Orin Jackson appeals his 12–month sentence, imposed at the high end of the applicable guideline range, which he received upon revocation of supervised release. During the revocation hearing, Jackson's counsel asked the court "to impose a guideline sentence of between six and twelve months." Jackson's sentencing claim is precluded: the alleged error was invited. *See United States v. Love,* 449 F.3d 1154, 1157 (11th Cir.2006). Moreover, we affirm because his sentence is supported by the record—including marked recidivism—and meets the goals encompassed within 18 U.S.C. § 3553(a). In sum, the sentence has not been shown to be unreasonable. *See United States v. Turner,* 626 F.3d 566, 573 (11th Cir.2010).

AFFIRMED.